928

No. 563. CHANDLER, U. S. DISTRICT JUDGE, v. OCCIDENTAL PETROLEUM CORP. (Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied, *ante*, p. 915.) The orders entered in this case on February 18, 1963, are amended to include the notation that MR. JUSTICE BRENNAN and MR. JUSTICE WHITE took no part in the consideration or decision of the motions or the petition.

No. 739, Misc. H. L. GREEN Co., INC., v. UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT ET AL. Motion for leave to supplement the record granted. Motion for leave to file petition for writ of certiorari or other appropriate writ denied. *Raymond S. Harris* and *Benjamin Spiegel* for petitioner. *Burton H. Brody* for respondent Harris.

No. 449. FAHY v. CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari granted. *Francis J. McNamara, Jr., Raymond T. Benedict* and *John F. Spindler* for petitioner. *Lorin W. Willis* for respondent.

No. 733. UNITED STATES v. STAPF ET AL., EXECUTORS AND TRUSTEES. C. A. 5th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Wayne G. Barnett* and *Robert N. Anderson* for the United States. *W. M. Sutton* and *H. A. Berry* for respondents.

No. 740. BRADBURY ET AL. v. DENNIS. C. A. 10th Cir. Certiorari denied. *Fred M. Winner* and *Emory L. O'Connell* for petitioners.